IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tammie A. Meyer,                    :

    Plaintiff,                  :

  v.                              :       Case No. 2:09-cv-186

Michael J. Astrue,                  :       JUDGE MARBLEY
Commissioner of Social Security,            MAGISTRATE JUDGE KEMP
                                    :
    Defendant.

<u>ORDER</u>

    The parties have filed a joint motion for remand.  Pursuant to that motion, this case is REMANDED to the Commissioner under 42 U.S.C. §405(g), sentence four.  On remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) who will update the record, and give Plaintiff the opportunity to testify at a new hearing. The ALJ will issue a new decision, following consideration of all the evidence.

    The Clerk shall enter a judgment to this effect.


                                    <u>s/Algenon L. Marbley</u>
                                    Algenon L. Marbley
                                    United States District Judge