# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Tammie A. Meyer, | : |
| Plaintiff, | : |
| v. | : Case No. 2:09-cv-186 |
| Michael J. Astrue,<br>Commissioner of Social Security, | : JUDGE MARBLEY<br>MAGISTRATE JUDGE KEMP |
| Defendant. | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 3, 2009 Order, this Case is REMANDED to the Commissioner under 42 U.S.C. §405(g), sentence four.

Date: **December 3, 2009**          **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk